IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.: _____ 2:12cr960 |
|  | : | 18 U.S.C. § 641 |
| v. | : |  |
|  | : |  |
| MARK JEFFREY DENNIS | : |  |

### INFORMATION

### COUNT 1
(Theft of Government Property)

THE UNITED STATES ATTORNEY CHARGES:

In or about June 2012, in the District of South Carolina, the defendant, **MARK JEFFREY DENNIS**, willfully and knowingly did steal prescription medications from the Department of Veterans Affairs, property of the United States worth less than $1,000;

In violation of Title 18, United States Code, Section 641.

_____
WILLIAM N. NETTLES (MRD)
UNITED STATES ATTORNEY